IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN MELTON                                                                                    PLAINTIFF

vs.                                    Case No. 3:21-cv-132

CITY OF FOREST CITY, AR and
MAYOR CEDRIC WILLIAMS in His
Individual Capacity                                                                           DEFENDANTS

## ORDER

Plaintiff filed this action in the Circuit Court of St. Francis County, Arkansas on June 15, 2021. On July 15, 2021, Defendants filed a notice of removal to this Court. The same day, Defendants filed a motion to dismiss for insufficiency of service of process. (Doc. No. 6) THe motion states that On June 15, 2021, Plaintiff's attorney purported to serve a summons for the City of Forrest City and one for Cedric Williams by hand-delivering both to a receptionist for the City of Forrest City. Exhibit C to the motion (Doc. 1, p. 48) is an affidavit of Mayor Williams stating that the receptionist, Kinyuana Smith, is not an agent authorized by appointment or by law to receive summons for either defendant. Plaintiff has not responded to the motion though the time to respond has passed.

The motion to dismiss (Doc. No. 6) is GRANTED for the reasons stated therein, and this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE