IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN MELTON                                                               PLAINTIFF

vs.                                    Case No. 3:21-cv-132

CITY OF FORREST CITY, AR and
MAYOR CEDRIC WILLIAMS in His
Individual Capacity                                                         DEFENDANTS

## JUDGMENT

For the reasons stated in the order filed this date, Plaintiff's complaint against Defendants is dismissed without prejudice.

IT IS SO ORDERED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE